PROB 35 - DISPUTED
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# United States District Court
## for the
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-10036-001 |
| DARYL G. MGHEE | ) | |
| s/Redacted | | |
| | ) | |

On November 2, 2007, the above named was placed on supervised release for a period of eight years. On November 20, 2017, Mr. McGhee commenced his term of term of supervised release. The defendant has motioned the Court for satisfactory termination of supervised release. The Court is satisfied the defendant is no longer in need of supervision. It is accordingly ordered that the defendant be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this __7th__ day of _____February_____, 20_23_.

s/Michael M. Mihm

_____

HONORABLE MICHAEL M. MIHM
United States District Judge